UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 1:02CR00015-001** |
| | ) | |
| **GERALDO ROSARIO** | ) | |

**ORDER TO WITHDRAW WARRANT and**
**TO TERMINATE SUPERVISED RELEASE**

Upon the recommendation of the United States Probation Department and with the concurrence of the United States Attorney's Office, the warrant issued by this Court on January 15, 2005 is hereby withdrawn and Geraldo Rosario's period of supervised release is terminated at this time.

Per Order,

Deputy Clerk

Enter:

Ronald R. Lagueux
Senior U.S. District Judge

Date:
3/2/06